# AMERICAN MEDICAL ASSOCIATION ET AL. *v.*
# FEDERAL TRADE COMMISSION

No. 80–1690.   Argued January 11, 1982—Decided March 23, 1982

*Newton N. Minow* argued the cause for petitioners.   With him on the briefs were *Jack R. Bierig, David W. Carpenter, William J. Doyle,* and *Linda L. Randell.*

*Howard E. Shapiro* argued the cause for respondent. With him on the brief were *Solicitor General Lee, Assistant Attorney General Baxter, Deputy Solicitor General Shapiro, Elliott Schulder, March Coleman,* and *L. Barry Costilo.**

PER CURIAM.

The judgment is affirmed by an equally divided Court.

---

*Peter M. Sfikas* filed a brief for the American Dental Association as *amicus curiae* urging reversal.

A brief for the State of Ohio et al. as *amici curiae* urging affirmance was filed by *William J. Brown,* Attorney General of Ohio, and *Eugene F. McShane, Charles D. Weller,* and *Clifton E. Johnson,* Assistant Attorneys General; *Robert K. Corbin,* Attorney General of Arizona; *J. D. MacFarlane,* Attorney General of Colorado, and *Thomas P. McMahon,* Assistant Attorney General; *Carl R. Ajello,* Attorney General of Connecticut, and *Robert M. Langer* and *John R. Lacey,* Assistant Attorneys General; *Thomas J. Miller,* Attorney General of Iowa, and *John R. Perkins,* Assistant Attorney General; *Stephen H. Sachs,* Attorney General of Maryland, and *Charles O. Monk II* and *Naomi F. Samet,* Assistant Attorneys General; *Warren Spannaus,* Attorney General of Minnesota, and *Stephen P. Kilgriff,* Special Assistant Attorney General; *Paul L. Douglas,* Attorney General of Nebraska, and *Dale A. Comer,* Assistant Attorney General; *Jeff Bingaman,* Attorney General of New Mexico, and *James J. Wechsler* and *Richard H. Levin,* Assistant Attorneys General; *Robert Abrams,* Attorney General of New York, and *Lloyd Constantine,* Assistant Attorney

JUSTICE BLACKMUN took no part in the consideration or decision of this case.

General; *Rufus L. Edmisten*, Attorney General of North Carolina, *H. A. Cole, Jr.*, Special Deputy Attorney General, and *Fred R. Gamin*, Assistant Attorney General; *Leroy S. Zimmerman*, Attorney General of Pennsylvania, and *Carl S. Hisiro*, Deputy Attorney General; *Dennis J. Roberts II*, Attorney General of Rhode Island, and *Patrick J. Quinlan*, Special Assistant Attorney General; and *Chauncey H. Browning*, Attorney General of West Virginia, and *Charles G. Brown*, Deputy Attorney General.